**STRINGER, Appellant, v. BARKER, Respondent.** (Supreme Court, Appellate Division, First Department. June 14, 1907.) Action by Adelia G. Stringer against Charles B. Barker.

W. P. Maloney, for appellant. W. A. Keener, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.